PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Carnell Baskerville                                    Cr.: 18-00055-001
                                                                         PACTS #: 4380303

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                        CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/23/2018

Original Offense:   Count One: Interference with Commerce by Threat Or Violence, 18 U.S.C. § 1951 (A)
                    Count Two: Conspiracy To Defraud The United States, 18 U.S.C. 371

Original Sentence: 21 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution of $176,175.00, Substance Abuse and Alcohol Testing/Treatment, Financial Disclosure, Life Skills Counseling, Educational Services, No New Debt/Credit, Self-Employment/Business Disclosure, Support Dependents, Forfeiture

Type of Supervision: Supervised Release                        Date Supervision Commenced: 08/21/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'**

                    Since commencement of supervision on August 21, 2020, Mr. Baskerville has paid a total of $100 towards restitution. He is required to pay $200 per month. Mr. Baskerville currently owes $176,075.00 in restitution.

U.S. Probation Officer Action:
The U.S. Probation Office conducted a financial investigation and determined that Mr. Baskerville cannot afford monthly payments of $200. Given the fact Mr. Baskerville is not working, he can only afford restitution payments of $25 per month. Mr. Baskerville was not able to secure employment over the summer due to his underlying health issues and his risk of contracting the COVID-19 virus. The U.S. Probation Officer will revisit this issue and increase the restitution rate once Mr. Baskerville secures adequate employment.

Prob 12A – page 2
Carnell Baskerville

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Laura M. Kellogg*

By:   LAURA M. KELLOGG
U.S. Probation Officer

/ lmk

APPROVED:

*Sharon O'Brien   March 30, 2021*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] The Court approves the restitution be paid in monthly increments of no less than $25. The probation office will continue to monitor Baskerville's finances (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

3/31/21
Date