PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Carnell Baskerville  Cr.: 18-00055-001
PACTS #: 4380303

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
CHIEF UNITED STATES DISTRICT JUDGE

Name of Reassigned Judicial Officer:   THE HONORABLE MADELINE COX ARLEO
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/23/2018

Original Offense:   Count One: Interference With Commerce By Threat Or Violence, 18 U.S.C. § 1951(A), Class C Felony
Count Two: Conspiracy To Defraud The United States, 18 U.S.C. § 371, Class D Felony

Original Sentence: 21 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution of $176,175.00, Substance Abuse Testing, Drug Treatment, Financial Disclosure, Life Skills Counseling, Educational Services, No New Debt/Credit, Other Condition, Self-Employment/Business Disclosure, Support Dependents, Alcohol Treatment, Forfeiture, Alcohol Restrictions

Type of Supervision: Supervised Release   Date Supervision Commenced: 08/21/2020

## STATUS UPDATE

At sentencing, Mr. Baskerville was ordered to make monthly payments of $200 while on supervised release. On March 31, 2021, Your Honor signed a Report of Offender Under Supervision (12A) approving payments to be lowered to $25 per month. To date, Mr. Baskerville has paid $1,025 and is in compliance with his payments.

U.S. Probation Officer Action:

Mr. Baskerville is due to expire on August 20, 2023, with a remaining balance on his restitution. The matter will be referred to the U.S. Attorney's Office Financial Litigation Unit upon termination of supervised release for further collection. Our office is recommending Mr. Baskerville's supervision term to terminate as scheduled.

Prob 12A – page 2
Carnell Baskerville

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   JENNIFER M. BONET
U.S. Probation Officer

/ jmb

APPROVED:

_____ for     06/13/2023
CARRIE H. BORONA        Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Mr. Baskerville's supervision term will terminate as scheduled on August 20, 2023

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

6/23/23
Date